**Ercel FRAZIER, Appellant,**

v.

**Jesse BATES, Appellee.**

Court of Appeals of Kentucky.

May 23, 1958.

Rehearing Denied Dec. 12, 1958.

Cleon K. Calvert, Pineville, Leroy W. Fields, F. Byrd Hogg, Whitesburg, for appellant.

Emmett G. Fields, French Hawk, Whitesburg, for appellee.

PER CURIAM.

We are affirming the judgment fixing the boundary line between the properties of the parties, as contended for by the appellee, defendant below, because we think the trial court reached a proper determination of the case. The motion for a new trial on the ground of newly discovered evidence was properly overruled.

The motion for an appeal is overruled, and the judgment is affirmed.